NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

TIANJIN MAGNESIUM INTERNATIONAL CO.,
LTD.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

US MAGNESIUM LLC,

*Defendant-Appellee.*

---

2012-1478

---

Appeal from the United States Court of International Trade in consolidated case nos. 09-CV-0012 and 09-CV-0030, Senior Judge Nicholas Tsoucalas.

---

## ON MOTION

---

## ORDER

US Magnesium LLC moves without opposition to modify the trial court's protective order to bring Ashley C. Parrish and Tzu-Huan Augustine Lo within its terms.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


**AUG 16 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David A. Riggle, Esq.
    Stephen A. Jones, Esq.
    Renee A. Gerber, Esq.
s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 16 2012

JAN HORBALY
CLERK